UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NEW HOTEL MONTELEONE, LLC**                              **CIVIL ACTION**

**VERSUS**                                                 **NO. 16-61**

**CERTAIN UNDERWRITERS AT LLOYD'S OF**                     **SECTION "B"(2)**
**LONDON, ET AL.**

### ORDER

Considering the Defendant's, Certain Underwriters at Lloyd's of London, subscribing to Ascent Cyperpro Policy No. ASC14C000944, foregoing Motion for Entry of Agreed Order (Rec. Doc. 7),

**IT IS ORDERED** that this matter is **STAYED** pursuant to the parties' "Agreed Order Staying Case and Reference to Alternative Dispute Resolution" (Rec. Doc. 7-1), stating that the parties will participate in mediation and, if mediation is unsuccessful, arbitration pursuant to the arbitration clause in Ascent Cyperpro Policy No. ASC14C000944 referenced in Defendant's "Motion to Dismiss or, in the Alternative, Motion to Compel Arbitration and to Stay." (Rec. Doc. 5).

**IT IS FURTHER ORDERED** that the dismissal sought in that same Motion (Rec. Doc. 5) is **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED** that the above-captioned matter shall be administratively closed without prejudice to the rights of either party.

**IT IS FURTHER ORDERED** that the parties shall actively work on the case during the pendency of the administrative closure. This includes working on mediation and arbitration as set forth above.

**IT IS FURTHER ORDERED** that the administrative closure can be lifted upon filing a motion to re-open the matter <u>**no later than thirty (30) days**</u> after conclusion of the pertinent alternative dispute resolution proceedings per parties' agreement. Alternatively, should the parties wish to extend the closure period, any such motion shall be due by the same deadline. Any motion to re-open the matter or to seek an extension shall contain a summary of all work done by the parties during the closure, including attempts at mediation and arbitration. **Failure to timely file such motion may lead to sanctions, including dismissal.**

New Orleans, Louisiana, this 20th day of January, 2016.

UNITED STATES DISTRICT JUDGE

2