## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NEW HOTEL MONTELEONE, LLC,** | * | **CIVIL ACTION** |
| **Plaintiff,** | | |
| | * | **NO. 2:16-CV-00061-ILRL-JCW** |
| **VERSUS** | | |
| | * | **JUDGE IVAN L.R. LEMELLE** |
| **CERTAIN UNDERWRITERS AT** | | |
| **LLOYD'S OF LONDON,** | * | **MAGISTRATE JUDGE JOSEPH C.** |
| **SUBSCRIBING TO ASCENT** | | **WILKINSON, JR.** |
| **CYBERPRO POLICY NO.** | * | |
| **ASC14C000944, and EUSTIS** | | |
| **INSURANCE, INC.,** | | |
| **Defendants.** | | |

\*      \*      \*      \*      \*      \*      \*

### THIRD PARTY COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Eustis Insurance, Inc. ("Eustis"), who files this Third Party Complaint and respectfully avers as follows:

### PARTIES

I.

Eustis is a Louisiana Corporation with its principal business in Louisiana.

II.

Third party defendant, R-T Specialty, LLC ("R-T Specialty"), is a foreign wholesale specialty insurance broker, doing business in Louisiana, organized in the state of Delaware, with its principle place of business in Illinois.

## JURISDICTION AND VENUE

III.

This Court has original jurisdiction under 28 U.S.C. § 1332. The matter in controversy exceeds the sum of $75,000 and is between citizens of different states. Moreover, this Court has ancillary jurisdiction over the claims set forth herein.

IV.

Venue is proper in the United States District Court for the Eastern District of Louisiana under 28 U.S.C. § 1391(b)(2) because the events giving rise to the claims herein occurred within this judicial district.

## FACTUAL ALLEGATIONS

V.

Eustis is an independent insurance agent, who procured cyber insurance coverage for New Hotel Monteleone, L.L.C. ("Hotel Monteleone"). Hotel Monteleone experienced a cyberattack in 2013, which subjected Hotel Monteleone to monetary damages for fraud recovery and operational reimbursement. Thereafter, Hotel Monteleone approached Eustis and requested a cyber insurance policy that would afford coverage for this type of loss going forward.

VI.

Eustis had no expertise in procuring cyber insurance policies. Therefore, Eustis relied on R-T Specialty, a wholesale insurance broker that held itself out as having expertise and specialized knowledge in the procurement of cyber insurance policies. R-T Specialty's website specifically boasts:

## SMALL BUSINESSES LACK ADEQUATE CYBER INSURANCE PROTECTION.

We are constantly hearing about **cyber crimes & breaches** of  private information in the media and it's becoming no surprise that the threat of cyber crimes continues to increase for small and mid-sized companies as hackers begin to target them.  These criminals are turning their attention to smaller businesses due to the fact that they may be inadequately protecting their networks and personal private information in comparison to larger corporations.

Historically, larger corporations have taken steps to mitigate their potential cyber exposures by purchasing cyber liability insurance, but the insurance industry is now responding to the needs of the smaller entities.  Several markets have recently launched new cyber liability products to cover notification expenses and possible investigation costs following a breach of private information.  These new products are specifically designed to address the exposures faced by smaller businesses.

It's particularly important for insurance professionals to help their clients identify potential cyber exposures and to select the appropriate cyber liability product to fit their client's needs. ... [W]e understand the importance of cyber liability products for our clients, and have assembled a cyber "team" of brokers whose primary focus is **Cyber Liability and Technology Errors & Omissions coverage**. Members of our cyber team are constantly evaluating new cyber insurance products and will work together with retail partners to find the best fit for each client.[1]

VII.

Eustis communicated Hotel Monteleone's specific coverage needs to R-T Specialty.

In addition, on October 29, 2013, Eustis sent an email to R-T Specialty advising that the case concerning the 2013 cyberattack on Hotel Monteleone was ongoing.  The email

---

[1]http://rtspecialty.com/news/small-businesses-lack-adequate-cyber-insurance-protection/

further indicated that MasterCard's initial fraud recovery and operational reimbursement amount was $471,000 and that Visa's initial fraud recovery and operational reimbursement amount was $377,000.[2]

## VIII.

Eustis specifically advised R-T Specialty of the potential damages for which Hotel Monteleone sought coverage.  In 2014, R-T Specialty recommended and assisted in the procurement of Policy No. ASC14C000944 issued by Certain Underwriters at Lloyd's, London, Subscribing to Ascent Cyberpro ("Ascent Policy").

## IX.

At no time did R-T Specialty inform Eustis that it could not obtain the requested coverage, that Ascent would consider fraud recovery and operation reimbursement to be a fine or penalty, or that amounts assessed for fraud recovery and operational reimbursement may be subject to the $200,000 sub-limit in the Payment Card Industry Fines or Penalties Endorsement of the Ascent Policy.

## X.

On December 10, 2015, New Hotel Monteleone, LLC ("Hotel Monteleone") filed a lawsuit against Certain Underwriters at Lloyd's, London ("Underwriters") and Eustis arising out of Underwriters' determination that fraud recovery and operational reimbursement assessed against Hotel Monteleone in the second cyber attack would be subject to the $200,000 sublimit in the Payment Card Industry Fines or Penalties Endorsement.[3]

---

[2]See Email dated October 29, 2013 (Exhibit 1).

[3]See Hotel Monteleone's Petition for Damages (incorporated by reference) filed in state court, but removed to this court by Underwriters (Exhibit 2).

XI.

Eustis relied on the expertise of R-T Specialty to procure the cyber coverage requested by Hotel Monteleone.  Therefore, if it is determined that the Ascent Policy does not afford coverage for the claims asserted by Hotel Monteleone and if damages are assessed against and incurred by Eustis, then R-T Specialty is wholly liable to Eustis for those damages.

## JURY DEMAND

XII.

Eustis respectfully requests a trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE**, Eustis Insurance, Inc. prays that its Third Party Complaint be filed, that Third Party Defendant R-T Specialty, LLC be duly served with a copy of the Third Party Complaint, and that after legal delays have expired, there be judgment rendered in favor of Eustis and against R-T Specialty for damages, including, without limitation, any and all damages, losses, and attorney's fees incurred by Eustis as a result of the claims asserted by Hotel Monteleone, and for all other equitable relief to which Eustis is entitled.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN,
  ALLWEISS & HAUVER, L.L.P.**


**/s/ Max J. Cohen**
**MAX J. COHEN (17515)**
**MELANIE C. LOCKETT (30601)**
**MELVIN D. ALBRITTON (27936)**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**(504) 581-2450**
**(504) 581-2461 (Fax)**
**mcohen@lowestein.com**
**mlockett@lowestein.com**
**malbritton@lowestein.com**
**Attorneys for Eustis Insurance, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding electronically via CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed, on the 28th day of March, 2016.

**/s/ Max J. Cohen**
**MAX J. COHEN**


**Please Serve:**
R-T Specialty, LLC
Through its registered agent for service:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

6